IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00099-PAB-MJW

JOHN R.  WESTERBERG,

Plaintiff(s),

v.

ASHLEY PRINZHORN,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion to Vacate and Re-Set Scheduling Conference (docket no. 7, filed March 10, 2011) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set on April 8, 2011, at 9:30 a.m. is VACATED and RESET  to **May 05, 2011 at 10:00 a.m.**   The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Scheduling Conference.

Date:   March 11, 2011